UNITED STATES DISTRICT COURT

JAIME A. OSORIO
      Plaintiff
Vs.

COCONUT CREEK POLICE DEPT.
Broward Sheriff's Office
      Defendant(s)                  COMPLAINT
                                     Civil Action No.

## JURISDICTION AND VENUE

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of right(s) secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff seek declaratory relief and Damages Pursuant to Federal and state-law.

The Southern District of Florida at: 299 East Broward Blvd. Ft. Lauderdale, Florida is an appropriate venue because it is were the event(s) herein took place.

## PLAINTIFF

Plaintiff, Jaime a. Osorio is and was a victim at all times mentioned herein by the actions of the Coconut Creek Police Department and the Broward Sheriff's Office.

## Defendant(2)

1) Defendant, Joseph W. Fariello, (Officer of the Coconut Creek Police Dept.) violated the plaintiff's rights which are protected and demonstrated in the Florida Constitution.
2) Defendant, Deputy Eason, (a Deputy of the Broward Sheriff's Office) violated the plaintiff's rights which are protected and demonstrated in the Florida Constitution.
3) Each defendant is sued in their official capacities and individually.

## FACTS

On April 9th, 2014, The Defendant(s) stopped and held the plaintiff against his will and without any probable cause which is demonstrated in the attached EXHIBIT # 1 (probable cause affidavit). this action of the defendant(s) was done at random and without any initial report. The Florida Constitution and the U.S. Constitution provide protection from illegal search and seizure and promise due process of the law to ALL citizens.

The plaintiff was held under force and was not allowed to leave at any time, and then arrested, and which has caused injury to the plaintiff.

## Prayer for Relief

Wherefore, the plaintiff respectfully prays that the Court enter judgment granting the plaintiff:

1) A declaration that the acts and omissions described herein violated the plaintiff's rights under the Constitution and laws of Florida and the Untied States.
2) Compensatory damages in the amount of $250.000 dollars against each defendant, jointly and severally..
3) A jury trial on all issues triable by jury…
4) Plaintiff's cost(s) in this suit….
5) Any additional relief this court deems just, proper, and equitable …..

Respectfully,

US PASSPORT #: 217931964

Address:
2601 West Broward Bolevard
Ft. Lauderdale, Florida 33312

JEFFERSON DOLCINE
MY COMMISSION # EE152501
EXPIRES December 11 2015

### Certificate of Service

Broward Sheriffs office:
(By summons)
2601 West Broward Bolevard
Ft. Lauderdale, Florida 33312

Coconut Creek P.D.:
(By summons)
4800 West Copans Road
Coconut Creek, Florida 33063

x _Jauie A Osorio_

310 NW 49 Street
Deerfield Beach, FLA 33064

# COMPLAINT AFFIDAVIT

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FC

**BROWARD COUNTY**
ARREST # *CK 14-0253*
OBTS #

| Filing Agency | Offense Report |
|---|---|
| *COCONUT CREEK PD* | *2014-11438* |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| *OSORIO* | *JAIME* | *ALBERTO* | | *MEDINA, PABLO* | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| *W* | *M* | *5'06* | *160* | *BLACK* | *BROW* | *MEDIU* | *50* | *07/26/1963* | *COLUMBIA, Columbia* |

Permanent Address: *1 NW 33RD TER, FORT LAUDERDALE, FL 33311*
Scars, Marks, TT: *TATT RIGH SHOULDER / HORSE SHOE; TATT LEF1*

Residence Type: (1) City  (☒) County  (3) Florida  (4) Out of State
Local Address: *1 NW 33RD TER, FORT LAUDERDALE, FL 33311*
Place of Employment:
Length:

| How long defendant in Broward County: *5Y* | Breathalyser By/CCN | Reading | Place of Arrest *6900 SR 7, PARKLAND FL* | Date/Time Arrested *04/09/2014 20:23* | Arresting Officer(s) CCN *FARIELLO, JOSEPH W. (18268)* |
|---|---|---|---|---|---|

| Officer Injured: Y☐ N☒ | Unit | Zone | Beat | Shift | Trans. Unit | PMD: Y☐ N☒ | Transporting Officer/CCN | Pick-up Time | Time Arrived/BSO |

| TYPE / ACTIVITY: *1* | Type: N-N/A, A-Amphetamine, B-Barbiturate, C-Cocaine | E-Heroin, H-Hallucinogen, M-Marijuana, O-Opium/Deriv. | P-Paraphernalia/Equipment, S-Synthetic, U-Unknown, Z-Other | Activity: N-N/A, P-Possess, S-Sell, B-Buy | T-Traffic, A-Smuggle, D-Deliver, E-Use | M-Manufacture/Produce/Cultivate, K-Dispense/Distribute, Z-Other | Indication of: Alcohol Influence ☐ ☒ ☐ ; Drug Influence ☐ ☒ ☐ (Y N UK) |

Attach Defendant's Photo

Vehicle Towed To: _____

Name of victim(s) (if corporation, exact legal name and state of incorporation):
*WALMART*    *5571 SR 810, COCONUT CREEK, FL 33073*    *(954) 426-6101*

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | *THEFT - RETAIL/SHOPLIFTING* | | *812.015(8A)* |
| 1 | *TRESPASS - TRESPASS AFTER WARNING* | | *810.09(2B)* |

Before me this date personally appeared *FARIELLO, JOSEPH W. (18268)* who being first duly sworn deposes and says that on *9* day of *April*, (year) *2014* at *5571 SR 810, COCONUT CREEK, FL 33071* (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

On 04/09/2014 at approximately 1840 hours, at the location of 5571 W. Hillsboro Blvd (Wal-Mart), which is located within the jurisdictional limits of the City of Coconut Creek, within Broward County, and the State of Florida, the above name defendant, Jamie Osorio, did commit the crime of Retail Theft. The defendant did and there unlawfully endeavor to obtain property of Wal-Mart. Within a span of approximately 15 minutes, the defendant stole two bicycles with a total value of $349.94, without ever attempting

* * * Continued * * *

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature
Officer's Name/CCN: *FARIELLO, JOSEPH W. (18268)*
Officer's Division: *Patrol*

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this *9* day of *April*, *2014* (year),
by *OFC FARIELLO, JOSEPH W.* (name and title), who is personally known to me or has produced _____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney
*OFC / 17558*
Title/Rank and CCN

*KARP, DARREN*
Print, Type or Stamp Commissioned Name of Notary Public
(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

**FIRST APPEARANCE/ARREST FORM**

(Orig) - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

BSO DB-#2 (Revised 05/00)
(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a))

## COURT COPY

☐ **COMPLAINT AFFIDAVIT**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

☒ ARREST FORM

| BROWARD COUNTY ARREST # *CK 14-0253* | | | | | OBTS # | |
|---|---|---|---|---|---|---|
| Filing Agency *COCONUT CREEK PD* | | Offense Report *2014-11438* | | | | |
| Defendant's Last Name *OSORIO* | | First *JAIME ALBERTO* | Middle | SUF | Alias/Street Name *MEDINA, PABLO* | Citizenship |

Name of victim(s) (if corporation, exact legal name and state of incorporation):

| Count # | Offenses Charged | WC# / Citation # (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | * * * SEE PAGE 1 * * * | | |

Before me this date personally appeared *FARIELLO, JOSEPH W. (18268)* who being first duly sworn deposes and says that on _9_ day of _April_, (year) _2014_ at _5571 SR 810, COCONUT CREEK, FL 33071_ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

to pay for them. The defendant had the intent to permanently deprive Wal-Mart of their property. The defendant has also been permanently trespassed from the same Walmart on 05/18/2010 and violated that trespass today.

To wit: On the 04/09/2014 at approximately 1959 hours, I was dispatched to the area of 6900 SR 7 in reference to a BSO deputy being out with a male who had two brand new bikes. Upon arrival, I made contact with Deputy Eason who stated that the found the defendant on the side of the road with two brand new bicycles. Deputy Eason believes the defendant stole the bikes out of the Walmart located just down the road from this location. While I was out with the defendant, Ofc. Gongluski was at Walmart looking over the surveillance video. I sent pictures of both bikes and the defendant to Ofc. Gongluski. Ofc. Gongluksi positively identified the defendant remove both bicycles, a black and red Thruster and a Red Schwinn. The video shows the defendant leave with one bicycle and come back into the store approximately 15 minutes later and remove the other bicycle. The defendant passed all points of sale and never attempted to pay for either item. He was seen, via video, go out the south exit of the store.

I then placed the defendant under arrest for retail theft. I transported the defendant to Walmart where I got a sworn taped statement from the Loss Prevention Officer, Latisha Thompson, stating Walmart does which to prosecute the defendant. I also learned that the defendant had been permanently trespassed from Walmart on 05/18/2010. It was entered into the system by Ofc. Valade. I then transported the defendant to CCPD jail for processing and TOT BSO.

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature

Officer's Name/CCN: *FARIELLO, JOSEPH W. (18268)*

Officer's Division: *Patrol*

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this _9_ day of _April_, _2014_ (year),
by _OFC FARIELLO, JOSEPH W._ (name and title), who is personally known to me or has produced _____ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

Title/Rank and CCN: *OFC / 17558*

(SEAL)

*KARP, DARREN*
Print, Type or Stamp Commissioned Name of Notary Public

Seventeenth Judicial Circuit
Broward County
State of Florida

BSO DB-#2a (Revised 05/00)

FIRST APPEARANCE/ARREST FORM

**COURT COPY**

Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency